UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
NO. 2:15-CR-9-H-2

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>IKEISHA JACOBS | ORDER TO SEAL DEFENDANT'S MOTION FOR DOWNWARD VARIANCE AND INCORPORATED MEMORANDUM IN SUPPORT |

Upon motion of the Defendant, by and through counsel, it is hereby ORDERED that Docket Entry 760 and its accompanying Order in the above-captioned case be sealed by the Clerk.

It is FURTHER ORDERED that the Clerk provide copies of the filed sealed documents to the United States Attorney and the Federal Public Defenders Office.

This 13th day of June 2017.

MALCOLM HOWARD
Senior U.S. District Court Judge